

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 09-cr-939-GW

UNITED STATES OF AMERICA,
    Plaintiff,
    v.
KRISTOFFER FAJARDO,
    Defendant.

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant will appear as ordered.
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 10/30/17

*Patrick J. Walsh*

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2